UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LESHA JOHNSON,

    Plaintiff,                                                           Case No. 1:12-cv-327

v.                                                                 HON. JANET T. NEFF

E.P.S. INDUSTRIES,

    Defendant.
_____/

**ORDER**

      This is a civil rights action filed by a *pro se* litigant.  On April 25, 2012, the Magistrate Judge filed a Report and Recommendation, recommending that the action be dismissed with prejudice for failure to state a claim upon which relief may be granted.  The Report and Recommendation was duly served on Plaintiff.  On May 8, 2012, Plaintiff filed a Notice of Interlocutory Appeal (Dkt 8).  On May 17, 2012, the Court issued an Order (Dkt 9) providing Plaintiff with an additional fourteen day period to file objections to the Report and Recommendation..  The Court also warned Plaintiff that the Report and Recommendation would be adopted if no objections were filed.  A review of the court record reveals that no objections have been filed.  *See* 28 U.S.C. § 636(b)(1).  Therefore,

      **IT IS ORDERED** that the Report and Recommendation (Dkt 6) is **APPROVED** and **ADOPTED** as the Opinion of the Court.

      **IT IS FURTHER ORDERED** that the Complaint is **DISMISSED** with prejudice for the reasons stated in the Report and Recommendation.

      A Judgment will be entered consistent with this Order.


Date: June 4, 2012                                                       /s/ Janet T. Neff
                                                                           JANET T. NEFF
                                                                           United States District Judge